# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** NICKI M. TODARO
- **Case Number:** 19-23010-CMB  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 25, 2020  11:30 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#2 - Continued Confirmation of Plan Dated 7/19/2019 (NFC)
#17 Objeciton of Wells Fargo Bank NA
R / M #: 2 / 0

## Appearances:

- **Debtor:** [signature] Whine
- **Trustee:** (Winnecour) / Pail / Katz / DeSimone
- **Creditor:** McCaffrey - Wells Fargo

## Proceedings:

**Outcome:** #1 Confirmed Final

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

FILED
6/30/20 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/17/2020  11:15:26 AM