| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br>Nicki M. Todaro | Case Number:<br>2:2019-bk-23010 | |
| Name of Creditor:<br>    Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>    Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>    Wells Fargo Bank, N.A.<br>    MAC N9286-01Y<br>    P.O. Box 1629<br>    Minneapolis, MN 55440-9790<br>    Telephone Number: 800-274-7025<br>Prior notice address:<br>    Wells Fargo Bank, N.A.<br>    MAC N9286-01Y<br>    1000 Blue Gentian Road<br>    Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>    Wells Fargo Bank, N.A.<br>    Attention: Payment Processing<br>    MAC F2302-04C<br>    1 Home Campus<br>    Des Moines, IA 50328<br>    Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **2755**  UCID: **WFCMGE1923010PAW69392755** | | ___ Check this box if the account number has changed. |
| 2.   Court Claim Number: **1** | | |

3.   **Signature:**

  **Check the appropriate box.**
      X   I am the creditor.
      ___ I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)
      ___ I am the trustee, or the debtor.
      ___ I am a guarantor, surety, endorser, or other codebtor.

  By:   /s/ Maun Michelle Mason            Date:   12/27/2021
        VP Loan Documentation

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              CASE NO.:    19-23010

**Nicki M. Todaro**                                 CHAPTER:    13

Debtor(s).

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before December 27, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| | |
|---|---|
| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Nicki M. Todaro<br>P.O. Box 2<br>Newell, PA 15466 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | Daniel R. White<br>Zebley Mehalov & White, p.c.<br>18 Mill Street Square<br>P.O. Box 2123<br>Uniontown, PA 15401 |
| *Trustee:* | *By CM / ECF Filing:* |
| | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

/s/ John Shelley

        InfoEx, LLC
        (as authorized agent for Wells Fargo Bank, N.A.)