IN THE UNITED STATES BANKRUKPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-23010-CMB |
| Nicki M. Todaro, | Chapter No. 13 |
| Debtor/Plaintiff, | |
| vs. | Adversary No. 20-02035-CMB |
| Wells Fargo Bank, N.A., | Related to Document No. 1, 10, 24 |
| Defendant. | |

Wells Fargo Bank, N.A.,
        Third Party Plaintiff,
vs.

PNC Bank, N.A.,
        Third Party Defendant.

## NOTICE OF APPEARANCE

Please take notice that Michael P. Oliverio, Esq., of the law firm of Vorys, Sater, Seymour and Pease LLP enters his appearance on behalf of Third Party Defendant, PNC Bank, N.A.

Dated: May 2, 2022　　　　　　　　　**VORYS SATER SEYMOUR AND PEASE LLP**

                                  */s/ Michael P. Oliverio*
                                  Michael P. Oliverio
                                  Vorys, Sater, Seymour and Pease LLP
                                  500 Grant Street, Suite 4900
                                  Pittsburgh, PA 15219-2502
                                  Telephone: (412) 904-7698
                                  Facsimile: (412) 904-7801
                                  mpoliverio@vorys.com

                                *Attorney for Third Party Defendant, PNC Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Michael P. Oliverio*