# IN THE UNITED STATES BANKRUKPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-23010-CMB |
| Nicki M. Todaro, | Chapter No. 13 |
|         Debtor/Plaintiff, | |
| vs. | Adversary No. 20-02035-CMB |
| Wells Fargo Bank, N.A., | Related to Document No. 1, 10, 24 |
|         Defendant. | |

Wells Fargo Bank, N.A.,
        Third Party Plaintiff,
    vs.

PNC Bank, N.A.,
        Third Party Defendant.

## **WITHDRAWAL OF APPEARANCE**

     Please take notice that Michael P. Oliverio, Esq., of the law firm of Vorys, Sater, Seymour and Pease LLP withdraws his appearance on behalf of Third Party Defendant, PNC Bank, N.A.

Dated:  May 25, 2022        **VORYS SATER SEYMOUR AND PEASE LLP**

        */s/ Michael P. Oliverio*
        Michael P. Oliverio
        Vorys, Sater, Seymour and Pease LLP
        500 Grant Street, Suite 4900
        Pittsburgh, PA 15219-2502
        Telephone: (412) 904-7698
        Facsimile: (412) 904-7801
        mpoliverio@vorys.com

    *Attorney for Third Party Defendant, PNC Bank, N.A.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                     */s/ Michael P. Oliverio*