## IN THE UNITED STATES BANKRUKPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-23010-CMB |
| Nicki M. Todaro, | Chapter No. 13 |
|       Debtor/Plaintiff, | |
|   vs. | |
| Wells Fargo Bank, N.A., | |
|       Defendant. | |

---

Wells Fargo Bank, N.A.,
      Third Party Plaintiff,
  vs.

PNC Bank, N.A.,
      Third Party Defendant.

### WITHDRAWAL OF APPEARANCE

     Please take notice that Michael P. Oliverio, Esq., of the law firm of Vorys, Sater, Seymour and Pease LLP withdraws his appearance on behalf of Third Party Defendant, PNC Bank, N.A.

Dated: May 26, 2022                        **VORYS SATER SEYMOUR AND PEASE LLP**

                                                   */s/ Michael P. Oliverio*
                                                   Michael P. Oliverio
                                                   Vorys, Sater, Seymour and Pease LLP
                                                   500 Grant Street, Suite 4900
                                                   Pittsburgh, PA 15219-2502
                                                   Telephone: (412) 904-7698
                                                   Facsimile: (412) 904-7801
                                                   mpoliverio@vorys.com

                                      *Attorney for Third Party Defendant, PNC Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Michael P. Oliverio*