# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Nicki M. Todaro,<br>　　　　　　　Debtor/Plaintiff,<br>　vs.<br><br>Wells Fargo Bank, N.A.,<br>　　　　　　　Defendant. | Case No. 19-23010-CMB<br><br>Chapter No. 13<br><br>Adversary No. 20-02035-CMB<br><br>Related to Document Nos. 70 and 82 |
| Wells Fargo Bank, N.A.,<br>　　　　　　　Third Party Plaintiff,<br>　vs.<br><br>PNC Bank, N.A.,<br>　　　　　　　Third Party Defendant. | |

## JOINT MEDIATION STATUS REPORT

　　　　Wells Fargo Bank, N.A. ("Wells Fargo"), Nicki M. Todaro ("the Debtor") and PNC Bank, N.A. ("PNC"), by and through their respective undersigned counsel, file the within Joint Mediation Status Report as follows:

　　　　1.　　On May 20, 2022, this Court ordered the parties to participate in mediation and file a joint status report by July 6, 2022 (Doc. 70).

　　　　2.　　By Order of Court dated June 24, 2022, the Court extended the deadline to hold the mediation and the deadline to file the joint status report to August 3, 2022.

　　　　3.　　The parties, through their Counsel, attended the court-ordered mediation on July 26, 2022.

　　　　4.　　The parties were unable to resolve or narrow any of the issues in the adversary case and all matters and issues raised by the parties in the adversary case remain in dispute for later determination by this Court.

5. The parties agree that they would like to proceed with dispositive motions based upon the Stipulation of Facts and Documents previously filed by the parties.

Signed and Agreed to by the parties on the 28th day of July, 2022.

By: /s/ Bradley A. King
    Bradley A. King, Esquire, PA ID 307090
    King Legal Group, LLC
    114 N. Maple Ave.
    Greensburg, PA 15601
    Phone: (724) 836-1500
    Fax: (724) 836-1668
    Email: bking@kinglg.com
    Counsel for Defendant/Third Party Plaintiff,
    Wells Fargo Bank, N.A.


By: /s/ Daniel R. White
    Daniel R. White, Esquire, PA ID 89819
    Zebley, Mehalov & White, PC
    P.O. Box 2123
    Uniontown, PA 15401
    Phone: (724) 439-9200
    Fax: (724) 439-8435
    Email: dwhite@zeblaw.com
    Counsel for the Debtor, Nicki M. Todaro


By: /s/ Michael P. Oliverio
    Michael P. Oliverio, Esquire, PA Bar No. 209399
    VORYS SATER SEYMOUR AND PEASE LLP
    500 Grant Street #4900
    Pittsburgh, PA  15219
    Phone:   412.904.7698
    Fax:     412.904.7801
    Email:   mpoliverio@vorys.com
    Counsel for Third Party Defendant, PNC Bank, N.A.