IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  ) | Case No. 19-23010-CMB |
| Nicki M. Todaro  ) | Chapter 13 |
|   ) | |
| Debtor(s)  ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee  ) | |
| Movant(s)  ) | |
| vs.  ) | |
| Nicki M. Todaro  ) | |
|   ) | |
| Respondent(s)  ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **March 9, 2023, at 1:30 p.m. before Judge Carlota Böhm.**  Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's  Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.**  Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **February 28, 2023.**

| | |
|---|---|
| 2/8/23 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nicki M. Todaro  
    Debtor

Case No. 19-23010-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 09, 2023      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicki M. Todaro, P.O. Box 2, Newell, PA 15466-0002 |
| 15096474 | | AES/PHEAA, P.O. Box 8183, Harrisburg, PA 17105-8183 |
| 15096487 | + | David R. Sheba, D.O., 150 Wayland Smith Drive--Suite A, Uniontown, PA 15401-2677 |
| 15096488 | | Southwestern Endoscopy Center, 302 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 10 2023 00:04:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15115484 | + | Email/Text: bankruptcy@sccompanies.com | Feb 09 2023 23:55:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 00:04:33 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15104166 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 00:05:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15096476 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 00:04:49 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 15096477 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 23:56:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15096478 | + | Email/Text: ccusa@ccuhome.com | Feb 09 2023 23:55:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 15096479 | | Email/Text: bnc-bluestem@quantum3group.com | Feb 09 2023 23:56:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 15096480 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2023 23:56:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 15115482 | + | Email/Text: bankruptcy@sccompanies.com | Feb 09 2023 23:55:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096481 | | Email/Text: amps@manleydeas.com | Feb 09 2023 23:55:00 | Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15106811 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 00:04:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15096482 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 00:04:44 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15096483 | | Email/Text: bankruptcy@sccompanies.com | Feb 09 2023 23:56:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |

Case 19-23010-CMB    Doc 47    Filed 02/11/23    Entered 02/12/23 00:24:30    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15115483 | + | Email/Text: bankruptcy@sccompanies.com Feb 09 2023 23:56:00 | | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15118351 | | Email/PDF: pa_dc_claims@navient.com Feb 10 2023 00:04:49 | | Navient PC Trust c/o, Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15096484 | | Email/PDF: pa_dc_claims@navient.com Feb 10 2023 00:05:01 | | Navient Solutions, Department of Education Loan Services, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15136621 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 09 2023 23:55:00 | | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15096485 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 09 2023 23:55:00 | | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15096486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2023 00:05:02 | | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15136291 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 10 2023 00:05:02 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15096489 | | Email/Text: bankruptcy@sccompanies.com Feb 09 2023 23:55:00 | | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 15115485 | + | Email/Text: bankruptcy@sccompanies.com Feb 09 2023 23:55:00 | | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15097460 | + | Email/PDF: gecsedi@recoverycorp.com Feb 10 2023 00:04:49 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15096490 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 09 2023 23:56:00 | | Victoria's Secret/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15100826 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Feb 10 2023 00:05:01 | | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15096491 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Feb 10 2023 00:04:49 | | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | WELLS FARGO BANK, N.A. |
| 15118784 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15163299 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 19-23010-CMB   Doc 47   Filed 02/11/23   Entered 02/12/23 00:24:30   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: pdf900 | Total Noticed: 31 |

Date: Feb 11, 2023            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

**Name**  **Email Address**

Bradley A. King
on behalf of Creditor WELLS FARGO BANK N.A. bking@kingguiddylaw.com

Bradley A. King
on behalf of 3rd Party Plaintiff WELLS FARGO BANK N.A. bking@kingguiddylaw.com

Bradley A. King
on behalf of Defendant WELLS FARGO BANK N.A. bking@kingguiddylaw.com

Brian Nicholas
on behalf of 3rd Pty Defendant PNC Bank N.A. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Defendant WELLS FARGO BANK N.A. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel R. White
on behalf of Plaintiff Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of 3rd Party Plaintiff WELLS FARGO BANK N.A. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of 3rd Pty Defendant PNC Bank N.A. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of Counter-Defendant Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of Debtor Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Harry B. Reese
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

James Warmbrodt
on behalf of 3rd Pty Defendant PNC Bank N.A. bkgroup@kmllawgroup.com

Jill Manuel-Coughlin
on behalf of Defendant WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

Michael P. Kruszewski
on behalf of Mediator Michael P. Kruszewski mkruszewski@quinnfirm.com slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael Paul Oliverio
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mpoliverio@vorys.com, mjcoleman@vorys.com

Michael Paul Oliverio
on behalf of 3rd Pty Defendant PNC Bank N.A. mpoliverio@vorys.com, mjcoleman@vorys.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rajeev K. Adlakha
on behalf of 3rd Pty Defendant PNC Bank N.A. rkadlakha@vorys.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott A. Dietterick
on behalf of 3rd Pty Defendant PNC Bank N.A. amps@manleydeas.com

Stephen Russell Franks
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

District/off: 0315-2      User: auto      Page 4 of 4
Date Rcvd: Feb 09, 2023      Form ID: pdf900      Total Noticed: 31
TOTAL: 23