IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-23010 CMB |
| | : | |
| Nicki J. Todaro, | : | Chapter 13 |
| | : | |
| Debtor, | : | Document No. |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | Related to Document No. |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Nicki J. Todaro, | : | |
| | : | |
| Respondent. | | |

CERTIFICATE OF SERVICE OF DEBTOR'S RESPONSE TO
TRUSTEE'S MOTION TO DISMISS CASE

I hereby certify that a copy of the Debtor's Response to Trustee's Motion to Dismiss Case was served upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail.

Method of service: first class, postage prepaid.
Total number of parties served: 2
Number of pages sent per party: 2
Date executed: February 23, 2023

                                              ZEBLEY MEHALOV & WHITE, P.C.

                                              By /s/ Daniel R. White
                                                  Daniel R. White
                                                  Pa. ID No. 78718
                                                  P.O. Box 2123
                                                  Uniontown, PA 15401
                                                  Telephone: 724-439-9200
                                                  Email: dwhite@Zeblaw.com
                                                  Attorney for Debtor