# PROCEEDING MEMO

Date: 03/23/2023 02:30 pm

In re:   Nicki M. Todaro

                                        Bankruptcy No. 19-23010-CMB
                                        Chapter: 13
                                        Doc. # 43

Appearances:   Owen Katz
                Daniel White, Esq.
                Jill Coughlin, Esq.

Nature of Proceeding: # 43 Motion to Dismiss Case

Additional Pleadings: #48 Debtor's Response

Outcome:  Hearing Held.  Continued to June 14, 2023 at 1:30 P.M. via Zoom.


                                        Carlota Böhm
                                        U.S. Bankruptcy Judge


                                        FILED
                                        3/24/23 10:04 am
                                        CLERK
                                        U.S. BANKRUPTCY
                                        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                         Case No. 19-23010-CMB
Nicki M. Todaro                                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: auto                                           Page 1 of 2
Date Rcvd: Mar 24, 2023                   Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicki M. Todaro, P.O. Box 2, Newell, PA 15466-0002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023                               Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of Defendant WELLS FARGO BANK N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Creditor WELLS FARGO BANK N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of 3rd Party Plaintiff WELLS FARGO BANK N.A. bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of 3rd Pty Defendant PNC Bank N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Defendant WELLS FARGO BANK N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Daniel R. White
    on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
    on behalf of 3rd Pty Defendant PNC Bank  N.A. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
    on behalf of Counter-Defendant Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
    on behalf of Debtor Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
    on behalf of Plaintiff Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Harry B. Reese
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

James Warmbrodt
    on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Defendant WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Michael P. Kruszewski
    on behalf of Mediator Michael P. Kruszewski mkruszewski@quinnfirm.com slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael Paul Oliverio
    on behalf of 3rd Pty Defendant PNC Bank  N.A. mpoliverio@vorys.com, mjcoleman@vorys.com

Michael Paul Oliverio
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mpoliverio@vorys.com, mjcoleman@vorys.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rajeev K. Adlakha
    on behalf of 3rd Pty Defendant PNC Bank  N.A. rkadlakha@vorys.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott A. Dietterick
    on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 23