Form 106–C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Nicki M. Todaro

CASE NUMBER: 19−23010−CMB

RELATED TO DOCUMENT NO: Doc. filed on 4/20/2023

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Notice of Withdrawal of Notice of Mortgage Payment Change Claim 1−1 filed on 12/9/2021 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Notice of Withdrawal of Notice of Mortgage Payment Change Claim 1−1 filed on 12/9/2021 shall be mailed to the Clerk's Office for the Bankruptcy Court for the Western District of PA or shall be uploaded to the Electronic Document Submission System at www.pawb.uscourts.gov. The incorrect docket event was used to file the Notice of Withdrawal via CM/ECF.

You must file the Notice of Withdrawal of Notice of Mortgage Payment Change Claim 1−1 filed on 12/9/2021 within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Withdrawal of Notice of Mortgage Payment Change Claim 1−1 filed on 12/9/2021 that is filed in response to this Notice.**

Dated this The 20th of April, 2023

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23010-CMB |
| Nicki M. Todaro | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 20, 2023 | Form ID: 106c | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicki M. Todaro, P.O. Box 2, Newell, PA 15466-0002 |
| | + | Maranda Braswell, Wells Fargo Bank, N.A., 1100 Corporate Drive, Raleigh, NC 27607-5066 |
| | + | Maranda Braswell, Wells Fargo Bank, N.A., MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Creditor WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of 3rd Pty Defendant PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Defendant WELLS FARGO BANK  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | |

Case 19-23010-CMB    Doc 65    Filed 04/22/23    Entered 04/23/23 00:23:22    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 106c | Total Noticed: 3 |

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel R. White
on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of 3rd Pty Defendant PNC Bank  N.A. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of Counter-Defendant Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of Debtor Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
on behalf of Plaintiff Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Harry B. Reese
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

James Warmbrodt
on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com

Jill Manuel-Coughlin
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
on behalf of Defendant WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Michael P. Kruszewski
on behalf of Mediator Michael P. Kruszewski mkruszewski@quinnfirm.com
slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com

Michael Paul Oliverio
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mpoliverio@vorys.com, mjcoleman@vorys.com

Michael Paul Oliverio
on behalf of 3rd Pty Defendant PNC Bank  N.A. mpoliverio@vorys.com, mjcoleman@vorys.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rajeev K. Adlakha
on behalf of 3rd Pty Defendant PNC Bank  N.A. rkadlakha@vorys.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott A. Dietterick
on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 23