**Form 106–C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Nicki M. Todaro

CASE NUMBER: 19–23010–CMB

RELATED TO DOCUMENT NO: Doc. filed on 4/20/2023

### NOTICE REGARDING
### NONCONFORMING DOCUMENT

The Notice of Withdrawal of Notice of Mortgage Payment Change Claim 1–1 filed on 12/2/2022 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Notice of Withdrawal of Notice of Mortgage Payment Change Claim 1–1 filed on 12/2/2022 shall be mailed to the Clerk's Office for the Bankruptcy Court for the Western District of PA or shall be uploaded to the Electronic Document Submission System at www.pawb.uscourts.gov. The incorrect docket event was used to file the Notice of Withdrawal via CM/ECF.

You must file the Notice of Withdrawal of Notice of Mortgage Payment Change Claim 1–1 filed on 12/2/2022 within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Withdrawal of Notice of Mortgage Payment Change Claim 1–1 filed on 12/2/2022 that is filed in response to this Notice.**

Dated this The 20th of April, 2023

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 19-23010-CMB

Nicki M. Todaro                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 106c | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicki M. Todaro, P.O. Box 2, Newell, PA 15466-0002 |
|  | + Maranda Braswell, Wells Fargo Bank, N.A., 1100 Corporate Drive, Raleigh, NC 27607-5066 |
|  | + Maranda Braswell, Wells Fargo Bank, N.A., MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Creditor WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of 3rd Pty Defendant PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Defendant WELLS FARGO BANK  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | |

District/off: 0315-2                                    User: auto                                    Page 2 of 2
Date Rcvd: Apr 20, 2023                                Form ID: 106c                                Total Noticed: 3

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel R. White
                        on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
                        on behalf of 3rd Pty Defendant PNC Bank  N.A. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
                        on behalf of Counter-Defendant Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
                        on behalf of Debtor Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
                        on behalf of Plaintiff Nicki M. Todaro lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Harry B. Reese
                        on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

James Warmbrodt
                        on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com

Jill Manuel-Coughlin
                        on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
                        on behalf of Defendant WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Michael P. Kruszewski
                        on behalf of Mediator Michael P. Kruszewski mkruszewski@quinnfirm.com
                        slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@g
                        mail.com

Michael Paul Oliverio
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mpoliverio@vorys.com, mjcoleman@vorys.com

Michael Paul Oliverio
                        on behalf of 3rd Pty Defendant PNC Bank  N.A. mpoliverio@vorys.com, mjcoleman@vorys.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Rajeev K. Adlakha
                        on behalf of 3rd Pty Defendant PNC Bank  N.A. rkadlakha@vorys.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

Scott A. Dietterick
                        on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com


TOTAL: 23