FILED
5/2/2023 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re:

Nicki M. Todaro

**Case No.:** 1923010

**Chapter:** 13

### NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM  1-1

Now comes Wells Fargo Bank, N.A., and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 12/09/2021. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

The Notice is no longer valid due to payment adjustments after the filing of the Notice.

Respectfully submitted,

/s/Maranda Henderson Braswell

Execution Date: 04/20/2023

VP Loan Documentation

Wells Fargo Bank, N.A.

MAC N9286-01Y

P.O. Box 1629

Minneapolis MN 55440-9790

800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

Chapter 13 No. 1923010
Judge: Carlota M Bohm

In re:
Nicki M. Todaro

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 21, 2023 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Nicki M. Todaro
P.O. Box 2

Newell PA 15466

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown PA 15401

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street

Pittsburgh PA 15219

/s/Maranda Henderson Braswell
VP Loan Documentation
Wells Fargo Bank, N.A.