**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

NICKI M. TODARO

           Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
           Movant
        vs.
No Respondents.

Case No.:19-23010

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/30/2019  and confirmed on 9/12/19 .  The case was subsequently
Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 65,734.45 |
| Less Refunds to Debtor | | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 65,734.45 |

| Administrative Fees | |
|---|---|
|   Filing Fee | 0.00 |
|   Notice Fee | 0.00 |
|   Attorney Fee | 14,824.84 |
|   Trustee Fee | 3,166.26 |
|   Court Ordered Automotive Insurance | 0.00 |
| TOTAL ADMINISTRATIVE FEES | 17,991.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 19,535.45 | 0.00 | 19,535.45 |
|   Acct: 7894 | | | | |
| PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PNC BANK NA | 7,438.01 | 7,438.01 | 0.00 | 7,438.01 |
|   Acct: 7894 | | | | |
| WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2755 | | | | |
| | | | | 26,973.46 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ AND TREMBA KINN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| NICKI M. TODARO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC(++) | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC(++) | 11,000.00 | 11,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX0/23 | | | | |
| DANIEL R WHITE ESQ AND TREMBA KINN | 324.84 | 324.84 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| WELLS FARGO BANK NA | 23,746.61 | 13,225.38 | 0.00 | 13,225.38 |
|   Acct: 2755 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2611 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 207.14 | 115.36 | 0.00 | 115.36 |
|   Acct: 6626 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2734 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 145.46 | 81.01 | 0.00 | 81.01 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1105 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 919.67 | 512.20 | 0.00 | 512.20 |
| Acct: 2009 | | | | |
| MERRICK BANK | 705.43 | 392.88 | 0.00 | 392.88 |
| Acct: 9130 | | | | |
| MONTGOMERY WARD** | 288.89 | 160.89 | 0.00 | 160.89 |
| Acct: 2290 | | | | |
| NAVIENT PC TRUST | 10,502.00 | 5,848.95 | 0.00 | 5,848.95 |
| Acct: 6939 | | | | |
| DAVID SHEBA DO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6402 | | | | |
| SOUTHWESTERN ENDOSCOPY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6401 | | | | |
| STONEBERRY | 196.20 | 109.27 | 0.00 | 109.27 |
| Acct: 3C2G | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 171.60 | 95.57 | 0.00 | 95.57 |
| Acct: 2734 | | | | |
| K JORDAN | 88.34 | 49.20 | 0.00 | 49.20 |
| Acct: 3B2J | | | | |
| AMERIMARK | 321.73 | 179.18 | 0.00 | 179.18 |
| Acct: 304A | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8949 | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TARA TODARO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRADLEY A KING ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VORYS SATER SEYMOUR AND PEASE LLI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CARSON SMITHFIELD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 20,769.89 |

TOTAL PAID TO CREDITORS                                          47,743.35

TOTAL CLAIMED
PRIORITY                        0.00
SECURED                     7,438.01
UNSECURED                  37,293.07

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    NICKI M. TODARO

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-23010

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-23010-CMB

Nicki M. Todaro                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                      Page 1 of 4

Date Rcvd: Feb 27, 2024                    Form ID: pdf900                       Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicki M. Todaro, P.O. Box 2, Newell, PA 15466-0002 |
| 15096487 | + | David R. Sheba, D.O., 150 Wayland Smith Drive--Suite A, Uniontown, PA 15401-2677 |
| 15096488 | | Southwestern Endoscopy Center, 302 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 15097460 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15096474 | ^ | MEBN | Feb 28 2024 00:27:40 | AES/PHEAA, P.O. Box 8183, Harrisburg, PA 17105-8183 |
| 15115484 | + | Email/Text: bankruptcy@sccompanies.com | Feb 28 2024 00:36:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:49:04 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15104166 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:35:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15096476 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:34:32 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 15096477 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15096478 | + | Email/Text: ccusa@ccuhome.com | Feb 28 2024 00:36:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 15096479 | | Email/Text: bnc-bluestem@quantum3group.com | Feb 28 2024 00:39:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 15096480 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2024 00:38:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 15115482 | + | Email/Text: bankruptcy@sccompanies.com | Feb 28 2024 00:36:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096481 | | Email/Text: amps@manleydeas.com | Feb 28 2024 00:36:00 | Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15106811 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:34:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15096482 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2024 00:34:28 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY |

| | | | 11804-9001 |
|---|---|---|---|
| 15096483 | | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 28 2024 00:39:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15115483 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 28 2024 00:39:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15118351 | | Email/PDF: pa_dc_claims@navient.com | |
| | | Feb 28 2024 01:14:39 | Navient PC Trust c/o, Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15096484 | | Email/PDF: pa_dc_claims@navient.com | |
| | | Feb 28 2024 00:49:20 | Navient Solutions, Department of Education Loan Services, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15136621 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Feb 28 2024 00:36:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15096485 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Feb 28 2024 00:36:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15096486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 28 2024 00:49:04 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15136291 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 28 2024 00:35:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15096489 | | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 28 2024 00:36:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 15115485 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 28 2024 00:36:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096490 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Feb 28 2024 00:37:00 | Victoria's Secret/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15100826 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Feb 28 2024 00:34:03 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15602977 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Feb 28 2024 00:34:03 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15096491 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Feb 28 2024 00:50:08 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | WELLS FARGO BANK, N.A. |
| 15118784 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15163299 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2
Date Rcvd: Feb 27, 2024

User: auto
Form ID: pdf900

Page 3 of 4
Total Noticed: 32

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of Creditor WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of 3rd Pty Defendant PNC Bank  N.A. brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant WELLS FARGO BANK  N.A. brian+ecf@briannicholas.com |
| Daniel R. White | on behalf of Plaintiff Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of 3rd Pty Defendant PNC Bank  N.A. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Counter-Defendant Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Debtor Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| James Warmbrodt | on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Defendant WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Michael P. Kruszewski | on behalf of Mediator Michael P. Kruszewski mkruszewski@leechtishman.com dbender@leechtishman.com;bankruptcy@leechtishman.com |
| Michael Paul Oliverio | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mpoliverio@vorys.com, mjcoleman@vorys.com |
| Michael Paul Oliverio | on behalf of 3rd Pty Defendant PNC Bank  N.A. mpoliverio@vorys.com, mjcoleman@vorys.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rajeev K. Adlakha | on behalf of 3rd Pty Defendant PNC Bank  N.A. rkadlakha@vorys.com |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

Scott A. Dietterick

on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com

Stephen Russell Franks

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 23