UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                      CASE NO.: 19-23010

**Nicki M. Todaro,**                                    CHAPTER 13
  **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WELLS FARGO BANK, N.A. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                   Attorney for Secured Creditor
                                   130 Clinton Rd #202
                                   Fairfield, NJ 07004
                                   Telephone: 470-321-7112
                                   Facsimile: 404-393-1425

                                   By: _\S\Robert Shearer_
                                       Robert Shearer, Esquire
                                       Pennsylvania Bar No. 83745
                                       Email: rshearer@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 21, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

NICKI M. TODARO
P.O. BOX 2
NEWELL, PA 15466

And via electronic mail to:

DANIEL R. WHITE, ESQUIRE
TREMBA, KINNEY, GREINER & KERR, LLC
1310 MORRELL AVENUE, SUITE C
CONNELLSVILLE, PA 15425

RONDA J. WINNECOUR
SUITE 3250, USX TOWER 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE SUITE 1316
PITTSBURGH, PA 15222

By: /s/ Amanda Nelson