FILED
4/2/24 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>All Cases Represented by Jill Manuel-Coughlin, Harry B. Reese, and Karina Velter | Miscellaneous No. 24-204-GLT |
| Robert Shearer<br>　　　　　　　Movant<br>vs.<br>ALL DEBTORS IDENTIFIED IN THE ATTACHED EXHIBIT A<br>　Respondents | All Chapters<br><br>Related Dkt. No. 2 |

**ORDER**

AND NOW, this  2nd  day of  April , 2024, Movants having filed an Omnibus Motion to Withdraw and Substitute ("Omnibus Motion") and the Court finding that the Omnibus Motion is appropriate considering the large number of cases involved, which would make individual motions impractical, it is therefore ***ORDERED, ADJUDGED and DECREED*** that,

The Omnibus Motion is ***GRANTED***, Jill Manuel-Coughlin, Harry B. Reese and Karina Velter of Powers Kirn, LLC are granted leave to withdraw as Counsel of record in all of the cases in U.S. Bankruptcy Court for the Western District of Pennsylvania as set forth in the Exhibit attached to the Omnibus Motion, and Robert Shearer of Robertson, Anshutz, Shneid, Crane & Partners is appointed as new Counsel of record in all those cases. The Clerk shall terminate the corresponding CM/ECF attorney record in all of the cases set forth in the Exhibit attached to the Omnibus Motion.

Dated: 4/2/24

BY THE COURT:

GREGORY L. TADDONIO
CHIEF U.S. BANKRUPTCY JUDGE