**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nicki M. Todaro | Social Security number or ITIN  xxx–xx–6939 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 | | Social Security number or ITIN  ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–23010–CMB | |

# Order of Discharge                                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Nicki M. Todaro

<u>4/15/24</u>                                                                      **By the court:** <u>Carlota M Bohm</u>
                                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23010-CMB

Nicki M. Todaro     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 15, 2024     Form ID: 3180W     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicki M. Todaro, P.O. Box 2, Newell, PA 15466-0002 |
| 15096487 | + | David R. Sheba, D.O., 150 Wayland Smith Drive--Suite A, Uniontown, PA 15401-2677 |
| 15096488 | | Southwestern Endoscopy Center, 302 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 15097460 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 16 2024 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 16 2024 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2024 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Apr 16 2024 03:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 15 2024 23:50:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15096474 | ^ | MEBN | Apr 15 2024 23:52:51 | AES/PHEAA, P.O. Box 8183, Harrisburg, PA 17105-8183 |
| 15115484 | + | EDI: CBSAMERIMARK | Apr 16 2024 03:37:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096475 | | EDI: CAPITALONE.COM | Apr 16 2024 03:37:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15104166 | | EDI: CAPITALONE.COM | Apr 16 2024 03:37:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15096476 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2024 00:01:44 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 15096477 | | EDI: WFNNB.COM | | |

Case 19-23010-CMB   Doc 96   Filed 04/17/24   Entered 04/18/24 00:28:19   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: 3180W | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 16 2024 03:37:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15096478 | + | EDI: CCUSA.COM | Apr 16 2024 03:37:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 15096479 | | EDI: BLUESTEM | Apr 16 2024 03:37:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 15096480 | | EDI: JEFFERSONCAP.COM | Apr 16 2024 03:37:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 15115482 | + | EDI: CBSMASON | Apr 16 2024 03:37:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096481 | | Email/Text: amps@manleydeas.com | Apr 15 2024 23:50:00 | Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15106811 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2024 00:02:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15096482 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2024 00:01:54 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15096483 | | EDI: CBS7AVE | Apr 16 2024 03:38:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15115483 | + | EDI: CBS7AVE | Apr 16 2024 03:38:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15118351 | | EDI: NAVIENTFKASMSERV.COM | Apr 16 2024 03:37:00 | Navient PC Trust c/o, Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15096484 | | EDI: NAVIENTFKASMSERV.COM | Apr 16 2024 03:37:00 | Navient Solutions, Department of Education Loan Services, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15136621 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2024 23:50:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15096485 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2024 23:50:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15096486 | | EDI: PRA.COM | Apr 16 2024 03:37:00 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15136291 | | EDI: PRA.COM | Apr 16 2024 03:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15096489 | | EDI: CBSMASON | Apr 16 2024 03:37:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 15115485 | + | EDI: CBSMASON | Apr 16 2024 03:37:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096490 | | EDI: WFNNB.COM | Apr 16 2024 03:37:00 | Victoria's Secret/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15100826 | + | EDI: WFFC2 | Apr 16 2024 03:37:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15602977 | + | EDI: WFFC2 | Apr 16 2024 03:37:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15096491 | | EDI: WFFC2 | Apr 16 2024 03:37:00 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Apr 15, 2024 | Form ID: 3180W | Total Noticed: 35

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | WELLS FARGO BANK, N.A. |
| 15118784 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15163299 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Bradley A. King | on behalf of Creditor WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of 3rd Pty Defendant PNC Bank  N.A. brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant WELLS FARGO BANK  N.A. brian+ecf@briannicholas.com |
| Daniel R. White | on behalf of Plaintiff Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of 3rd Pty Defendant PNC Bank  N.A. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Counter-Defendant Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Debtor Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| James Warmbrodt | on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 15, 2024 | Form ID: 3180W | Total Noticed: 35 |

Jill Manuel-Coughlin
    on behalf of Defendant WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Michael P. Kruszewski
    on behalf of Mediator Michael P. Kruszewski mkruszewski@leechtishman.com
    dbender@leechtishman.com;bankruptcy@leechtishman.com

Michael Paul Oliverio
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mpoliverio@vorys.com, mjcoleman@vorys.com

Michael Paul Oliverio
    on behalf of 3rd Pty Defendant PNC Bank  N.A. mpoliverio@vorys.com, mjcoleman@vorys.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rajeev K. Adlakha
    on behalf of 3rd Pty Defendant PNC Bank  N.A. rkadlakha@vorys.com

Robert Shearer
    on behalf of Creditor WELLS FARGO BANK  N.A. rshearer@raslg.com

Robert Shearer
    on behalf of Creditor Wells Fargo Bank  N.A. rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott A. Dietterick
    on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 24