**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    NICKI M. TODARO

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-23010

Chapter 13

Document No.:   87

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____15th_____ day of _____April_____, 20 _24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/15/24 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ **dmk**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 19-23010-CMB
Nicki M. Todaro                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicki M. Todaro, P.O. Box 2, Newell, PA 15466-0002 |
| 15096487 | + | David R. Sheba, D.O., 150 Wayland Smith Drive--Suite A, Uniontown, PA 15401-2677 |
| 15096488 | | Southwestern Endoscopy Center, 302 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |
| 15097460 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:02:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 15 2024 23:50:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15096474 | ^ | MEBN | Apr 15 2024 23:52:51 | AES/PHEAA, P.O. Box 8183, Harrisburg, PA 17105-8183 |
| 15115484 | + | Email/Text: bankruptcy@sccompanies.com | Apr 15 2024 23:50:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096475 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 00:01:43 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15104166 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 00:01:37 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15096476 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2024 00:01:53 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 15096477 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2024 23:51:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15096478 | + | Email/Text: ccusa@ccuhome.com | Apr 15 2024 23:50:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 15096479 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 15 2024 23:52:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 15096480 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 15 2024 23:52:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 15115482 | + | Email/Text: bankruptcy@sccompanies.com | Apr 15 2024 23:50:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096481 | | Email/Text: amps@manleydeas.com | Apr 15 2024 23:50:00 | Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15106811 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 33

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 16 2024 00:01:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15096482 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2024 00:01:51 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15096483 | | Email/Text: bankruptcy@sccompanies.com | Apr 15 2024 23:52:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15115483 | + | Email/Text: bankruptcy@sccompanies.com | Apr 15 2024 23:52:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15118351 | | Email/PDF: pa_dc_claims@navient.com | Apr 16 2024 00:01:37 | Navient PC Trust c/o, Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15096484 | | Email/PDF: pa_dc_claims@navient.com | Apr 16 2024 00:01:57 | Navient Solutions, Department of Education Loan Services, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 15136621 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2024 23:50:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15096485 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2024 23:50:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15096486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:01:58 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15136291 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 00:02:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15096489 | | Email/Text: bankruptcy@sccompanies.com | Apr 15 2024 23:50:00 | Stoneberry, P.O. Box 2820, Monroe, WI 53566-8020 |
| 15115485 | + | Email/Text: bankruptcy@sccompanies.com | Apr 15 2024 23:50:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15096490 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 15 2024 23:51:00 | Victoria's Secret/Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15100826 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 16 2024 00:01:45 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15602977 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 16 2024 00:02:18 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 15096491 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 16 2024 00:01:37 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | WELLS FARGO BANK, N.A. |
| 15118784 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15163299 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Bradley A. King | on behalf of Creditor WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of 3rd Pty Defendant PNC Bank  N.A. brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Defendant WELLS FARGO BANK  N.A. brian+ecf@briannicholas.com |
| Daniel R. White | on behalf of Plaintiff Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of 3rd Pty Defendant PNC Bank  N.A. r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Counter-Defendant Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Debtor Nicki M. Todaro r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| James Warmbrodt | on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Defendant WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Michael P. Kruszewski | on behalf of Mediator Michael P. Kruszewski mkruszewski@leechtishman.com dbender@leechtishman.com;bankruptcy@leechtishman.com |
| Michael Paul Oliverio | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mpoliverio@vorys.com, mjcoleman@vorys.com |
| Michael Paul Oliverio | on behalf of 3rd Pty Defendant PNC Bank  N.A. mpoliverio@vorys.com, mjcoleman@vorys.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rajeev K. Adlakha | on behalf of 3rd Pty Defendant PNC Bank  N.A. rkadlakha@vorys.com |

Robert Shearer
    on behalf of Creditor WELLS FARGO BANK  N.A. rshearer@raslg.com

Robert Shearer
    on behalf of Creditor Wells Fargo Bank  N.A. rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott A. Dietterick
    on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com


TOTAL: 24